February 1, 1980.

425 A.2d 831

Commonwealth v. Fiebig, Appellant.

Argued September 10, 1979. Frederic G. Antoun, Jr., for appellant; J. Michael Eakin, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.